IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KATHLEEN BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-617-SLR |
| | ) | |
| CLAUDIA WILTBANK-JOHNSON, ET.AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this ____ day of _____, 2011, the Court having considered the application to proceed without prepayment of fees filed by Claudia Wiltbank-Johnson, under 28 U.S.C. § 1915;

IT IS ORDERED that the application is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE